# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00071-CV

**Thomas P. McDill, Jr., Appellant**

**v.**

**The Hills of Lakeway POA, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH DISTRICT
### NO. D-1-GN-02-003497, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Pursuant to communications with the Court, appellant Thomas P. McDill, Jr. no longer wishes to pursue his appeal and has filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

 

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: August 31, 2006